**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

CHS, Inc.,

                         Plaintiff,

                                                                    Civ. No. 10-94 (RHK/FLN)

v.                                                   **ORDER**

PetroNet, LLC, and Chelsea Consulting, Inc.,

                         Defendants.

Plaintiff having failed to show good cause for expedited consideration of its Motion for Preliminary Injunction, **IT IS ORDERED** that Plaintiff's Request for Expedited Treatment (Doc. No. 77) is **DENIED**.

Date: September 24, 2010

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge