**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

CHS, Inc.,

                       Plaintiff,

                                                                    Civ. No. 10-94 (RHK/FLN)
                                                                    **ORDER**

v.

PetroNet, LLC, and Chelsea
Consulting, Inc.,

                       Defendants.

---

Defendants' Request (Doc. No. 168) to expand the word limit in connection with their pending summary-judgment Motion is **DENIED**. The Court reminds Defendants that they have 1,064 words remaining for their Reply Memorandum under Local Rule 7.1(d).

Date:  April 19, 2011

                                                                   s/Richard H. Kyle
                                                                   RICHARD H. KYLE
                                                                   United States District Judge